**BLANK ROME LLP**
Greg Bordo (SBN 156147)
greg.bordo@blankrome.com
Benjamin M. Wigley (SBN 329736)
benjamin.wigley@blankrome.com
2029 Century Park East, 6th Floor
Los Angeles, CA  90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

Attorneys for Defendant,
STEVEN DIETZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THR PROPERTY MANAGEMENT L.P., and INVITATION HOMES INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED DWELLING, INC.; UNITED DWELLING CONSTRUCTION, INC.; and STEVEN DIETZ,<br><br>Defendants. | Case No. 2:23-cv-06686<br><br>**DEFENDANT STEVEN DIETZ'S ANSWER TO PLAINTIFFS THR PROPERTY MANAGEMENT L.P.'S AND INVITATION HOMES INC.'S COMPLAINT**<br><br>Complaint Filed:     8/15/2023<br>Trial Date:              Not Set |

169140.00601/133098170v.1

**DEFENDANT STEVEN DIETZ'S ANSWER TO PLAINTIFFS THR PROPERTY MANAGEMENT L.P. AND INVITATION HOMES INC.'S COMPLAINT**

## ANSWER

Defendant STEVEN DIETZ ("Defendant") hereby answers the Complaint of Plaintiffs THR PROPERTY MANAGEMENT L.P. ("THR") and INVITATION HOMES ("Invitation Homes," and collectively with THR, "Plaintiffs"). Defendant denies all allegations in the Complaint unless specifically admitted.

## INTRODUCTION

1.  Defendant admits the existence of the Master Design Agreement and Letter Agreement but denies all other allegations in Paragraph 1.

2.  Defendant denies the allegations in Paragraph 2.

## PARTIES

3.  Defendant is without sufficient knowledge or information to admit or deny the allegations in Paragraph 3 and therefore denies the allegations.

4.  Defendant is without sufficient knowledge or information to admit or deny the allegations in Paragraph 4 and therefore denies the allegations.

5.  Defendant admits the allegation in Paragraph 5.

6.  Defendant admits the allegation in Paragraph 6.

7.  Defendant admits the allegation in Paragraph 7.

8.  Defendant denies the allegations in Paragraph 8.

9.  Defendant denies the alter ego allegations in Paragraph 9. Defendant admits the remaining allegations in Paragraph 9.

## JURISDICTION AND VENUE

10.  Defendant is without sufficient knowledge or information to admit or deny the allegations in Paragraph 10 and therefore denies the allegations.

11.  Defendant admits the allegations in Paragraph 11.

## FACTUAL ALLEGATIONS

**The Master Feasibility Agreement and Letter Agreement.**

12.  Defendant admits the allegations in Paragraph 12.

/ / /

169140.00601/133098170v.1

2

DEFENDANT STEVEN DIETZ'S ANSWER TO PLAINTIFFS THR PROPERTY MANAGEMENT L.P. AND INVITATION HOMES INC.'S COMPLAINT

13.    Defendant denies the allegations in Paragraph 13 as they pertain to Defendant.

14.    Defendant admits the allegations in Paragraph 14.

15.    The allegations set forth in Paragraph 15 are denied as stated because the referenced document is a writing that speaks for itself.

16.    Defendant admits the allegations in Paragraph 16.

### The Master Design Agreement and Design Advance.

17.    Defendant admits the allegations in Paragraph 17.

18.    The allegations set forth in Paragraph 18 are denied as stated because the referenced document is a writing that speaks for itself.

19.    The allegations set forth in Paragraph 19 are denied as stated because the referenced document is a writing that speaks for itself.

20.    The allegations set forth in Paragraph 20 are denied as stated because the referenced document is a writing that speaks for itself.

21.    Defendant admits the allegations in Paragraph 21.

### Defendants Misappropriate the Construction Advance and Design Advance.

22.    Defendant denies the allegation in Paragraph 22 as they pertain to Defendant.

23.    Defendant denies the allegations in Paragraph 23 that no design services had been performed and that there was a breach of the operative contracts. Defendant admits to the remaining allegations in Paragraph 23.

24.    Defendant denies the allegations in Paragraph 24 as they pertain to Defendant.

25.    Defendant denies the allegation in Paragraph 25 as they pertain to Defendant.

26.    Defendant denies the allegations in Paragraph 26.

27.    Defendant denies the allegation in Paragraph 27.

/ / /

## FIRST CAUSE OF ACTION

**(Breach of Letter Agreement – Invitation Homes against all Defendants)**

28. Defendant incorporates his responses to Paragraphs 1 through 27 as set forth here in full.

29. The allegations in paragraph 29 constitute legal conclusions to which no response is required; to the extent a response is required, Defendant denies the allegations.

30. The allegations in paragraph 30 constitute legal conclusions to which no response is required; to the extent a response is required, Defendant denies the allegations.

31. The allegations in paragraph 31 constitute legal conclusions to which no response is required; to the extent a response is required, Defendant denies the allegations.

32. Defendant denies the allegations in Paragraph 32.

33. Defendant admits that Invitation Homes requested repayment on April 27, 2023. Defendant denies the remaining allegations in Paragraph 33 as they pertain to Defendant.

34. Defendant denies the allegations in Paragraph 34.

## SECOND CAUSE OF ACTION

**(Breach of Master Design Agreement – THR against all Defendants)**

35. Defendant incorporates his responses to Paragraphs 1 through 34 as set forth here in full.

36. The allegations in paragraph 36 constitute legal conclusions to which no response is required; to the extent a response is required, Defendant denies the allegations.

37. The allegations in paragraph 37 constitute legal conclusions to which no response is required; to the extent a response is required, Defendant denies the allegations.

**DEFENDANT STEVEN DIETZ'S ANSWER TO PLAINTIFFS THR PROPERTY MANAGEMENT L.P. AND INVITATION HOMES INC.'S COMPLAINT**

38. Defendant admits that Invitation Homes requested repayment on April 27, 2023. Defendant denies the remaining allegations in Paragraph 33 as they pertain to Defendant.

39. Defendant denies the allegations in Paragraph 39

## THIRD CAUSE OF ACTION

### (Conversion – All Plaintiffs against all Defendants)

40. Defendant incorporates his responses to Paragraphs 1 through 39 as set forth here in full.

41. The allegations in paragraph 41 constitute legal conclusions to which no response is required; to the extent a response is required, Defendant denies the allegations.

42. Defendant denies the allegations in Paragraph 42

43. Defendant denies the allegations in Paragraph 43.

44. Defendant denies the allegations in Paragraph 44 as they pertain to Defendant.

45. The allegations in paragraph 45 constitute legal conclusions to which no response is required; to the extent a response is required, Defendant denies the allegations.

46. Defendant denies the allegations in Paragraph 46.

## FOURTH CAUSE OF ACTION

### (Money Had and Received – All Plaintiffs against all Defendants)

47. Defendant incorporates his responses to Paragraphs 1 through 46 as set forth here in full.

48. Paragraph 48 does not contain any factual allegations and no response is required; to the extent a response is required, Defendant denies the allegations.

49. Defendant admits that United Dwelling, Inc. and United Dwelling Construction, Inc. received funds from the Construction Advance and Design Advance. Defendant denies the allegations in Paragraph 49 as they pertain to

169140.00601/133098170v.1                    5

DEFENDANT STEVEN DIETZ'S ANSWER TO PLAINTIFFS THR PROPERTY MANAGEMENT L.P.
AND INVITATION HOMES INC.'S COMPLAINT

Defendant.

50. The allegations in paragraph 50 constitute legal conclusions to which no response is required; to the extent a response is required, Defendant denies the allegations.

51. Defendant denies the allegations in Paragraph 51.

52. Defendant denies the allegations in Paragraph 52.

## FIFTH CAUSE OF ACTION

### (Unjust Enrichment – All Plaintiffs against all Defendants)

53. Defendant incorporates his responses to Paragraphs 1 through 52 as set forth here in full.

54. The allegations in paragraph 54 constitute legal conclusions to which no response is required; to the extent a response is required, Defendant denies the allegations.

55. Defendant denies the allegations in Paragraph 55 as they pertain to Defendant.

56. Defendant denies the allegations in Paragraph 56 as they pertain to Defendant.

57. Defendant denies the allegations in Paragraph 57.

58. Defendant denies the allegations in Paragraph 58

## PRAYER FOR RELIEF

Defendant denies that Plaintiffs are entitled to the relief requested in their Prayer and the separately-numbered sub-paragraphs.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

1. The Complaint fails to state facts sufficient to constitute any claim upon which relief may be granted against Defendant.

/ / /

/ / /

169140.00601/133098170v.1                                    6

DEFENDANT STEVEN DIETZ'S ANSWER TO PLAINTIFFS THR PROPERTY MANAGEMENT L.P. AND INVITATION HOMES INC.'S COMPLAINT

**SECOND AFFIRMATIVE DEFENSE**

2.     The Complaint, and each claim alleged therein against Defendant, is barred because the relief sought by Plaintiffs and/or Plaintiffs' alleged damages were the result of acts or omission on the part of Plaintiffs or a third party for which Defendant is not responsible.

**THIRD AFFIRMATIVE DEFENSE**

3.     Plaintiffs' damages, if any, resulted from an intervening or superseding cause and/or causes, and any act or omission on the part of Defendant did not cause Plaintiffs' alleged damages

**FOURTH AFFIRMATIVE DEFENSE**

4.     All of Plaintiffs' claims are barred under the doctrines of waiver and estoppel.

**FIFTH AFFIRMATIVE DEFENSE**

5.     Plaintiffs are barred, in whole or in part, from recovering under the Complaint and each count therein because by failing to act upon the knowledge available to them, Plaintiffs ratified, consented to, and /or acquiesced to the conduct described in the Complaint.

**SIXTH AFFIRMATIVE DEFENSE**

6.     The Defendants in this matter are separate, distinct and independent persons/entities.

DATED:  October 2, 2023          **BLANK ROME LLP**

By: _____
     Greg Bordo
     Benjamin M. Wigley
     Attorneys for Defendant,
     STEVEN DIETZ

169140.00601/133098170v.1                    7

DEFENDANT STEVEN DIETZ'S ANSWER TO PLAINTIFFS THR PROPERTY MANAGEMENT L.P. AND INVITATION HOMES INC.'S COMPLAINT