KRISTOPHER S. DAVIS (SBN 193452)
kristopher.davis@faegredrinker.com
DAVID A. BELCHER (SBN 330166)
david.belcher@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, California 90067-1517
Telephone:  +1 310 203 4000
Facsimile:    +1 310 229 1285

Attorneys for Plaintiffs
THR PROPERTY MANAGEMENT L.P. and
INVITATION HOMES INC.

*[Counsel for Defendant Steven Dietz listed on signature page]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THR PROPERTY MANAGEMENT L.P., and INVITATION HOMES INC.,<br><br>        Plaintiffs,<br>    v.<br><br>UNITED DWELLING, INC.; UNITED DWELLING CONSTRUCTION, INC.; and STEVEN DIETZ, inclusive,<br><br>        Defendants. | Case No. 2:23-cv-06686-CAS-AS<br><br>**STIPULATION REGARDING DISMISSAL OF CASE**<br><br>Judge:  Hon. Christina A. Snyder<br>Courtroom:  8D<br><br>Action Filed:  August 15, 2023 |

STIPULATION REGARDING DISMISSAL OF CASE

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims in this action by any party against any other party are hereby dismissed without prejudice.  Each party shall bear its own costs, fees, and expenses.

IT IS SO STIPULATED.

Dated:  August 19, 2024                    Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH LLP


By:      /s/ Kristopher S. Davis
   Kristopher S. Davis
   David A. Belcher

Attorneys for Plaintiffs
THR PROPERTY MANAGEMENT L.P.  and INVITATION HOMES INC.


Dated:  August 19, 2024                    BLANK ROME LLP


By:      /s/ Craig N. Haring
   Gregory M. Bordo
   Benjamin M. Wigley
   Craig N. Haring

2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Tel:  (424) 239-3404

Attorneys for Defendant
STEVEN DIETZ

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

2

STIPULATION REGARDING DISMISSAL OF CASE

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, David A. Belcher, attest that concurrence in the filing of this STIPULATION REGARDING DISMISSAL OF CASE has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of August, 2024, at Los Angeles, California.

*/s/ David A. Belcher*

David A. Belcher

Faegre Drinker
Biddle & Reath LLP
Attorneys At Law
Los Angeles

STIPULATION REGARDING DISMISSAL OF CASE